182 So. 92

## Ralph REEVES v. STATE.

### 4 Div. 40.

Supreme Court of Alabama.

June 9, 1938.

W. L. Lee and Alto V. Lee, III, both of Dothan, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Ralph Reeves for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Reeves v. State, 182 So. 90.

Writ denied.

ANDERSON, C. J., and BOULDIN and KNIGHT, JJ., concur.